No. 46778.—Protests 984372–G, etc., of Simon, Healey & Goldstein, Inc. (New York).

Opinion by TILSON, J. The record showed that the items involved consist of woven silk mufflers, hemmed, some of which were imported prior to the British Trade Agreement (T. D. 49753). As to these the claim at 60 percent under paragraph 1209 as woven silk mufflers, hemmed, was sustained. Those imported after the British Trade Agreement (T. D. 49753) were accordingly held dutiable as woven silk mufflers, hemmed, and hand block-printed, at 35 percent as claimed.

No. 46779.—Protests 966339–G, etc., of Olivier Straw Goods Corp., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the items consist of knotted sisal hats, the same as those the subject of Abstract 46497, the claim at 25 percent ad valorem under paragraph 1504 (b) (1) was sustained as to these hats only.

BEFORE THE THIRD DIVISION, JANUARY 7, 1942

No. 46780.—Protest 70224–K of Arthur G. Dunn (New York).

Opinion by CLINE, J. It was stipulated that the ginger root in question is the same in all material respects as that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

No. 46781.—Protests 53715–K, etc., of Barker Bros. Silver Co. (New York).

Opinion by CLINE, J. When the cases were called for trial they were submitted without the introduction of evidence in support of the claims made. There being nothing in the record to overcome the presumption of correctness attaching to the collector's action, the protests were overruled.

No. 46782.—Protest 789346–G of Q. W. Lung Co. (Boston).

Opinion by CLINE, J. It was stipulated that the dried lily flowers are the same in all material respects as those the subject of Abstract 24624. In accordance therewith the claim at 35 percent under paragraph 775 was sustained.